

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00285-CR

Jason Clay **DOTSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10439
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 15, 2015.

_____
Marialyn Barnard, Justice